

**WINSTON & STRAWN** LLP

# MEMO ENDORSED

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

200 Park Avenue
New York, NY 10166
T +1 (212) 294-6700
F +1 (212) 294-4700

**KELLY A. LIBRERA**
**Partner**
**(212) 294-4622**
**klibrera@winston.com**

August 1, 2023

**VIA ECF**
Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

The request for an extension of time (until September 8, 2023) to file
the objections to the Report & Recommendation is GRANTED. SO
ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: __August 2, 2023__
New York, New York

*Re:*   *Roy Gray v. Harold Graham, No. 17cv2809(ER-OTW)*

Dear Judge Ramos,

We write on behalf of Petitioner Roy Gray. We are in receipt of Judge Wang's Report & Recommendation to the Honorable Edgardo Ramos, dated July 28, 2023 and write to respectfully request a short extension, until September 8, 2023, of the date to file objections thereto. Mr. Gray is currently incarcerated and a short extension will allow counsel the opportunity to schedule and participate in a consultation with Mr. Gray concerning the Report & Recommendation and determine Mr. Gray's chosen course of action. Should Mr. Gray wish to file objections to the Report & Recommendation, the undersigned will file those objections by September 8, 2023. I spoke with counsel for Mr. Graham, Cynthia Ann Carlson, today and she informed me that the District Attorney for the Bronx County consents to Petitioner's request.

We thank the Court for its consideration of this matter and respectfully request, given the circumstances, that the Court grant Petitioner until September 8, 2023 to file any objections to the July 28 Report & Recommendation.

Respectfully submitted,

*/s/ Kelly A. Librera*

Kelly A. Librera
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
KLibrera@winston.com
T: 1-212 294-6700
F: 1-212-294-4700

*Counsel for Petitioner Roy Gray*

cc:   Counsel for Mr. Graham (via ECF)