**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROY GRAY,

                      Plaintiff,                  17 **CIVIL** 2809 (ER)(OTW)

      -against-                         **<u>JUDGMENT</u>**

HAROLD GRAHAM, *Superintendent,*
*Auburn Correctional Facility*,

                      Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 25, 2025, the Court ADOPTS Judge Wang's Report and Recommendation. The Petition is hereby DISMISSED. The Court further concludes that Gray has failed to make a substantial showing of the denial of a constitutional right, 28 U.S.C. § 2253 (c)(2), and accordingly a certificate of appealability is DENIED.. Accordingly, the case is closed.

**Dated:** New York, New York

July 15, 2025

                                                      **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                            **BY:**

                                                          **Deputy Clerk**